IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Jake Vivier, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-68 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Ameron International Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that this action be dismissed without prejudice. Plaintiff has no objection to the Report and Recommendation (Doc. #12).

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's analysis is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, this action is **HEREBY DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated this 4th day of April, 2013.

*/s/   Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court